Levi Boone, III, Esq., MSB# 3686
**BOONE LAW FIRM, P.A.**
401 West Sunflower Road
P. O. Box 1772
Cleveland, MS 38732
Ph. (662) 843-7946
Fax (662) 843-7950
LBoone@BooneLawFirm.Com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Collier, et al vs. Pfizer, et al Cause No. 08-200-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Bessie Love,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Come now the Plaintiff, BESSIE LOVE and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

1  DATED: 5/9, 2008

2                                          BOONE LAW FIRM, P.A.

3
                                           By: _____
4                                              Levi Boone, III, Esq.
                                               Attorneys for Plaintiff
5

6  DATED: 5/14, 2008                       GORDON & REES

7
                                           By: _____
8                                              Stuart M. Gordon
                                               Attorneys for Defendants
9

10

11

12  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

13

14  Dated: _____           _____
                                     Hon. Charles R. Breyer
15                                   United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28

PFZR/1035934/1030331v.1

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE