1

2

3   Levi Boone, III, Esq., MSB# 3686
    **BOONE LAW FIRM, P.A.**
    401 West Sunflower Road
4   P. O. Box 1772
    Cleveland, MS  38732
5   Ph.  (662) 843-7946
    Fax  (662) 843-7950
6   LBoone@BooneLawFirm.Com

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13  |                                        | )  | Collier, et al vs. Pfizer, et al |
    IN RE: BEXTRA AND CELEBREX                 )    Cause No. 08-200-CRB
14  MARKETING SALES PRACTICES AND              )
    PRODUCT LIABILITY LITIGATION               )    **MDL NO. 1699**
15                                             )    **District Judge:  Charles R. Breyer**
                                               )
16                                             )
                                               )
17  Alfred Kemp,                               )
                                               )
                           Plaintiff,          )    **STIPULATION AND ORDER OF**
18                                             )    **DISMISSAL WITHOUT PREJUDICE**
             vs.                               )
19                                             )
    Pfizer, Inc., et al.                       )
20                         Defendants.         )

21

22

23       Come now the Plaintiff, ALFRED KEMP and Defendants, by and through the

24  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

25  stipulate to the dismissal of this action without prejudice with each side bearing its own

26  attorneys' fees and costs.

27       Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

28  Defendants, they shall do so only by re-filing in the United States District Court.

                              -1-

1 

DATED: 5/9, 2008

2 

BOONE LAW FIRM, P.A.

3 

By: _____

4 

Levi Boone, III, Esq.

5 

Attorneys for Plaintiff

6 

DATED: 5/14, 2008    GORDON & REES

7 

8 

By: _____

Stuart M. Gordon

9 

Attorneys for Defendants

10 

11 

12 

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

13 

14 

Dated:    5/20/08

15 

Hon. Charles R. Breyer

United State...

16 

IT IS SO ORDERED

17 

18 

Judge Charles R. Breyer

19 

20 

21 

22 

23 

24 

25 

26 

27 

28 

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE