Levi Boone, III, Esq., MSB# 3686
**BOONE LAW FIRM, P.A.**
401 West Sunflower Road
P. O. Box 1772
Cleveland, MS  38732
Ph.  (662) 843-7946
Fax  (662) 843-7950
LBoone@BooneLawFirm.Com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Collier, et al vs. Pfizer, et al Cause No. 08-200-CRB<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Estate of William Latham,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Come now the Plaintiff, ESTATE OF WILLIAM LATHAM, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

-1-

1  DATED: 5/9, 2008

2                                    BOONE LAW FIRM, P.A.

3                                    By: /s/ Levi Boone, III
4                                    Levi Boone, III, Esq.
                                     Attorneys for Plaintiff
5

6  DATED: 5/14, 2008                 GORDON & REES

7
                                     By: /s/ Stuart M. Gordon
8                                    Stuart M. Gordon
                                     Attorneys for Defendants
9

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 20, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

PFZR/1035934/1030331v.1