1

2

Levi Boone, III, Esq., MSB# 3686
3  **BOONE LAW FIRM, P.A.**
401 West Sunflower Road
4  P. O. Box 1772
Cleveland, MS 38732
5  Ph. (662) 843-7946
Fax (662) 843-7950
6  LBoone@BooneLawFirm.Com

7

8

9                    UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Collier, et al vs. Pfizer, et al Cause No. 08-200-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Auburn Medders,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Come now the Plaintiff, AUBURN MEDDERS and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

-1-

1   DATED: 5/9, 2008

2                                           BOONE LAW FIRM, P.A.

3                                           By: /s/ Levi Boone, III
4                                               Levi Boone, III, Esq.
                                                Attorneys for Plaintiff
5

6   DATED: 5/14, 2008                       GORDON & REES

7
                                            By: /s/ Stuart M. Gordon
8                                               Stuart M. Gordon
                                                Attorneys for Defendants
9

10

11

12  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

13

14  Dated: May 20, 2008
                                            _____
15                                          Hon. Charles R. Breyer
                                            United States District Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

PFZR/1035934/1030331v.1