Levi Boone, III, Esq., MSB# 3686
**BOONE LAW FIRM, P.A.**
401 West Sunflower Road
P. O. Box 1772
Cleveland, MS  38732
Ph. (662) 843-7946
Fax (662) 843-7950
LBoone@BooneLawFirm.Com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Collier, et al vs. Pfizer, et al Cause No. 08-200-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Annie Perry,<br>　　　　　　　Plaintiff,<br>　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Come now the Plaintiff, ANNIE PERRY and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

1  DATED: 5/9, 2008

2                                    BOONE LAW FIRM, P.A.

3
                                     By: _____
4                                        Levi Boone, III, Esq.
                                         Attorneys for Plaintiff
5

6  DATED: 5/14, 2008                GORDON & REES

7
                                     By: _____
8                                        Stuart M. Gordon
                                         Attorneys for Defendants
9

10

11

12  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

13

14  Dated: May 20, 2008
                                     _____
15                                   Hon.
                                     United

                                     IT IS SO ORDERED
                                     [signature]
                                     Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE