1  Levi Boone, III
   Boone Law Firm, P.A.
2  P.O. Box 1772
   Cleveland, Mississippi 38732
3  Telephone: 662.843.7946
   Fax: 662.843.7950
4  Email: lboone@boonelawfirm.com

5  Attorneys for Plaintiffs

6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10                                              )     **Case No. : 08-0200 CRB**
                                                )
    IN RE: BEXTRA AND CELEBREX                  )
11  MARKETING SALES PRACTICES AND               )     **MDL NO. 1699**
    PRODUCT LIABILITY LITIGATION                )     **District Judge:  Charles R. Breyer**
12                                              )
    This Document Relates to:                   )
13                                              )
    *Claiborne Leon Collier, et al v. Pfizer, Inc.* )
14                                              )     **STIPULATION AND ORDER OF**
                                                )     **DISMISSAL OF PLAINTIFF WITH**
15                                              )     **PREJUDICE**
                                                )
16                                              )
                                                )
17 _____)

18      Come now Plaintiff Estate of L. G. Green, by Personal Representative of the Estate, Stella

19  Hampton, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of

20  Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice,

21  with each side bearing its own attorneys' fees and costs.

22

23

24

25

26

27

28
                                              -1-
    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
                                                      **Case No. MDL NO. 1699**

1   DATED: _____, 2010          By: _____

2                                    Boone Law Firm, P.A.
                                     P.O. Box 1772
3                                    Cleveland, Mississippi 38732
                                     Telephone: 662.843.7946
4                                    Fax: 662.843.7950
                                     Email: lboone@boonelawfirm.com
5
                                     *Attorneys for Plaintiffs*
6

7

8

9   DATED: 03/03  , 2010          By: _____

10
                                     DLA PIPER LLP (US)
11                                   1251 Avenue of the Americas
                                     New York, New York 10020
12                                   Telephone: (212) 335-4500
                                     Facsimile: (212) 335-4501
13
                                     *Defendants' Liaison Counsel*
14

15

16

17

18

19

20   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

21   **IT IS SO ORDERED.**

22

23   DATED: 7·02 , 2010

24                                   _____
                                     Hon. Charles R. Breyer
25                                   United States District Court

26

27

28
                                     -2-
     **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
                                     **Case No. MDL NO. 1699**