| | |
|---|---|
| 1<br>2<br>3<br>4 | Levi Boone, III<br>**Boone Law Firm, P.A.**<br>P.O. Box 1772<br>Cleveland, Mississippi 38732<br>Telephone: 662.843.7946<br>Fax: 662.843.7950 |
| 5 | Attorneys for Plaintiffs |

**FILED**

SEP 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 3:08-cv-0200-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Claiborne Leon Collier, Sr., et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now all remaining Plaintiffs in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice**, with each side bearing its own

//
//
//
//
//

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

attorneys' fees and costs.

DATED: 7/28, 2010    By: _____
Boone Law Firm, P.A.
P.O. Box 1772
Cleveland, Mississippi 38732
Telephone: 662.843.7946
Fax: 662.843.7950

*Attorneys for Plaintiffs*

DATED: Sept. 9, 2010    By: _____
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212.335.4625
Facsimile: 212.884.8675

*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9-28-2010    _____
Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**